STATE v. McDONALD

No. 130P01

Case below: 136 N.C. App. 668

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001.

STATE v. REED

No. 232PA01

Case below: 143 N.C. App. 155

Petition by the Attorney General for writ of supersedeas allowed 7 June 2001. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 June 2001. Conditional petition by defendant pursuant to G.S. 7A-31 as to additional issues denied 8 June 2001.

STATE v. RICCARD

No. 195P01

Case below: 142 N.C. App. 298

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001.

STATE v. ROBINSON

No. 158P01

Case below: 142 N.C. App. 392

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 June 2001.

STATE v. SACKETT

No. 262P01

Case below: 142 N.C. App. 707

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 June 2001.